**Shy BLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76289.**

Missouri Court of Appeals,
Western District.

July 1, 2014.

Susan Hogan, Kansas City, MO, for Appellant.

Dora Fichter, Jefferson City, MO, for Respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

**PER CURIAM:**

Mr. Shy Bland appeals the judgment denying a Rule 29.15 post-conviction motion. He claims that trial counsel was ineffective for failing to permit him to testify at trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).